| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION ||
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br><br>In re:<br>Donny Adonis Ekine | CASE NO.: 2:11-34448 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by :    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor

2. **Old Address:**
   Name(s):    Donny Adonis Ekine
   Mailing Address:    3250 Wilshire Blvd. Suite 902
   City, State, Zip Code:    Los Angeles, CA 90010

3. **New Address:**
   Mailing Address:    3250 Wilshire Blvd. Suite 2003
   City, State, Zip Code:    Los Angeles, CA 90010

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 12/01/2014

Donny Adonis Ekine
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2014                                                                                                     CHANGE.OF.ADDRESS