Notice of Returned Mail to Debtor/Debtor's Attorney

August 8, 2016

From: United States Bankruptcy Court, Central District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Donny Adonis Ekine, Case Number 11-34448, SK

FILED
SEP 06 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Bank Of America
POB 17054
Wilmington, DE 19884-0001

THE UPDATED ADDRESS IS:

BANK OF AMERICA, NA
C/O CT CORPORATION SYSTEM
818 W. 7th, STREET, STE 930, LOS ANGELES, CA 90017

_____        8-25-16
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.